UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-8-13

------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :          **ORDER**
                                          :
    Henry Michel                          :     S4 11 cr 755 (JFK)
                                          :     ----------------------
------------------------------------------x            Docket #

Hon. John F. Keenan
_____, **DISTRICT JUDGE:**
        Judge's Name

The C.J.A. attorney assigned to this case
Devereaux Cannick
_____is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to   Royce Russell   , NUNC-PRO-TUNC   5-8-13 .

                        Attorney's Name


                                SO ORDERED.

                          _John F. Keenan_____
                          UNITED STATES DISTRICT JUDGE



Dated:   New York, New York
         5-8-2013