UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

     -v-

Henry Michel
- - - - - - - - - - - - - - - - - - - - - - -X

# 11 CR 755 (JFK)

Please be advised that the conference (sentence) scheduled for January 8, 2014 has been rescheduled to January 30, 2014 at 2:45 pm in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
12-2-2013

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-2-13