UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA

# 11 CR 755 (JFK)

-v-

Henry Michel

---------------------------------X

Please be advised that the conference/*sentence* scheduled for January 8, 2014 has been rescheduled to January 30, 2014 at 2:45 pm in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
12-2-2013

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-2-13