**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :   No. 11 Cr. 755 (JFK)
                                    :
HENRY MICHEL,                       :       ORDER
                                    :
                    Defendant.      :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Henry Michel's pro se motion for compassionate release, (ECF No. 463), by no later than March 26, 2021. The Government is further directed to mail a copy of its response to Michel at that time. Michel shall have 30 days from the date on which he is served with the Government's opposition to file a response. Absent further order, the motion will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Michel today.

**SO ORDERED.**

Dated:  New York, New York
        February 19, 2021

                                    _____
                                    John F. Keenan
                                    United States District Judge