UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>HENRY MICHEL,<br><br>           Defendant. | 11 Civ. 755-4 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Government is hereby ORDERED to file any opposition to Mr. Michel's *pro se* motion requesting a sentence reduction or compassionate release (Dkt. #572) on or before **May 19, 2025**.

    In turn, Mr. Michel is hereby ORDERED to file any reply to the Government's opposition on or before **June 18, 2025**.

    The Clerk of Court is directed to mail a copy of this Order to Mr. Michel at the following address:

    Henry Michel (#08443-070)
    FCI Fort Dix
    P.O. Box 2000
    Joint Base MDL, NJ 08640

    SO ORDERED.

Dated:  March 20, 2025
           New York, New York

                                    KATHERINE POLK FAILLA
                                    United States District Judge